PEOPLE *v.* BURNETT

Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J.   Submitted Division 1 May 5, 1971, at Detroit.   (Docket No. 10790.)   Decided May 27, 1971.

William Burnett was convicted, on his plea of guilty, of attempted possession of a narcotic drug. Defendant appeals.   Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before:   V. J. BRENNAN, P. J., and J. H. GILLIS and T. M. BURNS, JJ.

PER CURIAM.   Defendant's guilty plea to attempted possession of a narcotic drug, to wit, heroin (MCLA § 335.153 [Stat Ann 1957 Rev § 18.1123]) was knowingly and voluntarily tendered, and was accepted by the court in accord with the requisite standard. *Boykin* v. *Alabama* (1969), 395 US 238 (89 S Ct 1709, 23 L Ed 2d 274); *North Carolina* v. *Alford* (1970), 400 US 25 (91 S Ct 1960, 27 L Ed 2d 162);

*People* v. *Minson* (1970), 24 Mich App 692; *People* v. *Cardenas* (1970), 21 Mich App 636; *People* v. *Bartlett* (1969), 17 Mich App 205.

A review of the record fails to disclose any reversible error in the trial court proceedings.

Affirmed.